**BIS** | **BARNES IACCARINO & SHEPHERD LLP**

**MEMO ENDORSED**

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

258 Saw Mill River Road
Elmsford, NY 10523
Tel: 914.592.1515
Fax: 914.592.3213

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990  Fax: 516.483.0566

**VIA ECF**

February 10, 2021

Hon. Judge Kenneth M. Karas, USDJ
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Trustees of the Plumbers & Steamfitters' Local 21 Benefit Funds v. Airflow Air Conditioning Refrigeration & Heating Co
CV-20-7785

Dear Hon. Judge Karas:

We represent the Plaintiffs with regard to the above referenced matter. The undersigned has a personal conflict on February 26, 2021, at 12:00 noon for the in-person hearing default motion conference. Plaintiffs are respectfully requesting either a telephone conference on February 26, 2021 at 12:00 noon or another date for an in-person conference preferably either March 8, 9, 11, 12, 18, 19, 25 or 26th.

Thank you for your consideration of this request.

Sincerely,

Danielle M. Carney, Esq.

*The conference will go forward on 2/26/2021 at 12:00 by telephone.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/11/2021