UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X    20-CV-7785
TRUSTEES OF THE PLUMBERS & STEAMFITTERS'
LOCAL 21 ZONE 1 PENSION FUND,

                                        Plaintiff(s),

                                                          **DEFAULT JUDGMENT**

               - against -

AIRFLOW AIR CONDITIONING REFRIGERATION
& HEATING CO.,

                                        Defendant(s),
-------------------------------------------------------------------X

       This action having been commenced on September 22, 2020 by filing of the

Summons and Complaint, and a copy of the Summons and Complaint having been served

on the defendant, Airflow Air Conditioning Refrigeration & Heating Co., on September

30, 2020 and a proof of service having been filed on December 10, 2020 and the

defendant not having appeared answered or otherwise moved with respect to the

Complaint, and the time for appearing, answering or otherwise moving having expired, it

is,

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment

against defendant in the liquidated amount of $39,885.18 which includes interest of

$2,606.18; reasonable attorney fees in the amount of $2,000 plus costs and disbursements

of this action amounting to $530.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  2/26/21

So Ordered:

_____

Honorable Kenneth M. Karas U.S.D.J.

This document was entered on the docket on

_____

Judgment Entered: